UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND MARSHALL,<br><br>        Plaintiff,<br><br>vs.<br><br>T.D. STARK, et al.,<br><br>        Defendants.<br>_____/ | 1:04-cv-05255-REC-LJO-P<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 9)<br><br>**ORDER DISMISSING COMPLAINT** |

    Plaintiff, Raymond Marshall ("plaintiff"), is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

    On May 3, 2005, the Court issued an Order dismissing the Complaint with leave to amend for Plaintiff's failure to state a claim for relief.  Plaintiff, however, did not file an Amended Complaint.  Thus, on June 10, 2005, the court issued Findings and Recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the Findings and Recommendations were to be filed within twenty (20) days.  To

1  date, plaintiff has not filed objections thereto.[1]

2      In accordance with the provisions of 28 U.S.C.
3  § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a
4  <u>de</u> <u>novo</u> review of this case.  Having carefully reviewed the
5  entire file, the Court finds the Findings and Recommendations to
6  be supported by the record and by proper analysis.

7      Accordingly, IT IS HEREBY ORDERED that:

8      1.  The Findings and Recommendations, filed June 10, 2005,
9  are ADOPTED in full; and,

10     2.  The complaint is DISMISSED for failure to state a claim
11 for relief and failure to comply with a court order.

12     IT IS SO ORDERED.

13 **Dated:  July 14, 2005**                    /s/ Robert E. Coyle
    668554                             UNITED STATES DISTRICT JUDGE

---

[1] The United States Postal Service returned the order served on plaintiff on June 17, 2005, as undeliverable. A notation on the envelope indicated: Return to Sender - Forwarding Order/Time Expired.  However, plaintiff has not notified the court of any change in his address.  Absent such notice, service at a party's prior address is fully effective.  <u>See</u> Local Rule 83-182(f).